IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DAWON JONES,

                                                                  ORDER
                      Plaintiff,

    v.                                                              10-cv-633-slc

JEFFREY PUGH Warden,
KEN MILBECK Unit Supervisor,
C. ANDERSON Social Worker,
and SATURICS,

                    Defendants.
_____

       Plaintiff Dawon Jones, a prisoner at the Stanley Correctional Institution in Stanley, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

       Plaintiff's complaint was submitted on October 21, 2010. His trust fund account statement should cover the six-month period beginning approximately April 19, 2010 and ending approximately October 18, 2010. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff Dawon Jones may have until November 16, 2010, in which to submit a trust fund account statement for the period beginning April 19, 2010 and ending October 18, 2010. If, by November 16, 2010, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily and, in that case, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 26th day of October, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge