IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAWON JONES,

    Plaintiff,

v.

JEFFREY PUGH, Warden;
KEN MILBECK, Unit Supervisor;
C. ANDERSON, Social Worker;
and SATRURICS,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-633-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff Dawon Jones's failure to state a claim upon which relief may be granted.

_____       12/27/10
Peter Oppeneer, Clerk of Court           Date